**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEROY L. BAINES, JR.,**

    **Plaintiff,**

v.                                            **Case No: 6:24-cv-705-PGB-LHP**

**RADIUS GLOBAL SOLUTIONS LLC,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed June 20, 2024. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Radius Global Solutions LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and close the file.

**DONE AND ORDERED** in Orlando, Florida on June 24, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties